UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV 22-06903-MEMF (PVCx) | Date | September 7, 2023 |
|---|---|---|---|
| Title | Diyari Corral-Bey v. Fluor Flatiron Balfour Beatty Dragados DBJV, et al. | | |

PRESENT: Honorable Maame Ewusi-Mensah Frimpong
United States District Judge

| Kelly Davis/Charles Rojas | Wil Wilcox |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Eric Kingsley | Lonnie Giamela |

**PROCEEDINGS:   MOTION HEARING (Held and Completed)**

    Case called.   Court and counsel confer re: the Plaintiff's Motion to Remand Case to Los Angeles Superior Court [14] and Request for Judicial Notice re: Motion to Remand Case to Los Angeles Superior Court in Support of Defendant's Opposition. [22] The Court takes the matter under submission.   A separate Court order shall issue.

|  | : | 52 |
|---|---|---|
| Initials of Deputy Clerk | KD/CR | |